Michael J. DiMattia (MD-0473)
Philip A. Goldstein (PAG-0908)
McGuireWoods LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10105-0106
(212) 548-2100
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
REGINA BURGOS                                              : Case No. __ Civ. ___
                                                           :
            Plaintiff,                                     : DEFENDANT CAPITAL
                                                           : ONE'S RULE 7.1
     v.                                                    : DISCLOSURE
                                                           :
NORTH FORK BANCORPORATION, INC.                            :
                                                           :
     and                                                   :
                                                           :
CAPITAL ONE FINANCIAL CORPORATION,                         :
                                                           :
            Defendants.                                    :
------------------------------------------------------------ X

07 CIV 10517

JUDGE KARAS

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant Capital One Financial Corporation ("Capital One") in the above captioned action certifies that the common stock of Capital One Financial Corporation is publicly traded and publicly held. Capital One is a publicly-traded company, with no parent company or publicly-held corporation owning 10% or more of its stock.

\4874321.1

Dated: New York, New York
November 26, 2007

                                          McGUIREWOODS LLP

                             By: _____
                                  Michael J. DiMattia (MD-0473)
                                  Philip A. Goldstein (PAG-0908)
                                  1345 Avenue of the Americas, 7th Floor
                                  New York, New York 10105-0106
                                  (212) 548-2100
                                  **Attorneys for Defendant**

\4874321.1