## CERTIFICATE OF SERVICE

This is to certify that I have caused a true and correct copy of Defendant's Answer to be served upon plaintiff via electronic filing and by depositing same via United States Postal Service first class mail, postage prepaid to the following:

>Richard B. Wolf
>510 Haight Avenue
>Poughkeepsie, NY 12603
>
>Attorney for Plaintiff

Dated:   New York, New York
November 27, 2007

_____
Eileen Chin

\4891611.1