```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____    │
│ DATE FILED: _____    │
└─────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------X

Regina Burgos,

                Plaintiff(s),

    -against-

North Fork Bancorporation, Inc.,

                Defendant(s).

--------------------------------------------------X

07 Civ. 10517 (KMK)(GAY)

CALENDAR NOTICE

      Please take notice that the above captioned matter has been scheduled for:

| | | |
|---|---|---|
| ___ Pre-trial Conference | ___ Status Conference | ___ Oral argument |
| ___ Settlement conference | ___ Plea Hearing | ___ Suppression hearing |
| _✓_ Rule (16) conference | ___ Final pre-trial conference | |
| ___ Telephone Conference | ___ Jury Selection and Trial | |
| ___ Non-Jury Trial | ___ Inquest | |

**before the Honorable Kenneth M. Karas, United States District Judge, on Friday, February 8, 2008 at 3:00 p.m.** in Courtroom 521, U. S. District Court,  300 Quarropas Street, White Plains, New York 10601.

      Any scheduling difficulties must be brought to the attention of the Court in writing.

Dated: January 10, 2008
      White Plains, New York

                    So Ordered

                    /Kenneth M. Karas, U.S.D.J