UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

**Chambers of**
**Kenneth M. Karas**

In re: Burgos v. North Fork Bancoporation, Inc.
07 Civ. 10517

Dear Counsel:

    As you may be aware, the above-referenced case has been reassigned to my docket. All existing deadlines and schedules remain in effect, unless otherwise notified by the Court. No less than three (3) business days before the next scheduled conference, the parties shall submit to chambers a joint letter, not to exceed five (5) pages providing, in separate paragraphs:

1. A brief statement of the nature of the case and/or the principal defenses thereto;

2. A list of all existing deadlines, due dates and/or cutoff dates;

3. A brief description of any motions which have been made and decided and a confirmation that there are no outstanding motions;

4. A brief description of the discovery already completed;

5. An identification of any discovery remaining which is necessary for the parties to engage in meaningful settlement negotiations;

6. The estimated length of trial;

7. A description of any and all prior settlement discussions, including the date and participants and whether any offer or demand was made (all responses to Items 7 and 8 are protected under Rule 408, Fed.R.Evid.); and

8. Any other information that you believe may assist me in advancing your case to trial or settlement.

    Please consult my Individual Practices with respect to communications with chambers and related matters.

Very truly yours,

Kenneth M. Karas   .1/10/08
United States District Judge