UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

Regina Burgos,

                Plaintiff(s),                07 Civ. 10517 (KMK) (GAY)

-against-                                  ORDER OF REFERENCE
                                              TO A MAGISTRATE JUDGE

North Fork Bancorporation, Inc.,

                Defendant(s).

----------------------------------------X

The above entitled action is referred to the Honorable George A. Yanthis, United States Magistrate Judge for the following purpose(s):

| | | |
|---|---|---|
| ✓ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* _____ _____ | ___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction |
| | | Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ Habeas Corpus |
| | | ___ Social Security |
| ___ | Settlement* | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation |
| ___ | Inquest After Default/Damages Hearing | |
| | | Particular Motion:_____ _____ |
| | | All such motions:_____ |

* Do not check if already assigned for general pretrial.

Dated: February 11, 2008

SO ORDERED

_____
Hon. Kenneth M. Karas
United States District Judge

USDS S___
DO___
EL___      ILED
DO___
DATE F____:_____