## **CERTIFICATE OF SERVICE**

       This is to certify that I have caused a true and correct copy of Defendant's letter regarding notice of change of address to be served upon plaintiff via electronic filing and by depositing same via United States Postal Service first class mail, postage prepaid to the following:

       Richard B. Wolf
       510 Haight Avenue
       Poughkeepsie, NY 12603

       Attorney for Plaintiff

Dated:    New York, New York
            March 5, 2008

                                              _____
                                             Eileen Chin