McGuireWoods LLP
1345 Avenue of the Americas
Seventh Floor
New York, NY 10105-0106
Phone: 212.548.2100
Fax: 212.548.2150
www.mcguirewoods.com

Philip A. Goldstein
Direct: 212.548.2167

# McGuireWoods



pagoldstein@mcguirewoods.com
Direct Fax: 212.715.6275

March 5, 2008

**VIA ECF AND**
**REGULAR MAIL**



Magistrate Judge George A. Yanthis
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas St., Room
White Plains, NY 10601-4150

Re:  Burgos v North Fork Bancorporation, Inc., et al.
     **Case # 07 Civ. 10517 (GAY)(KMK)**

Dear Judge Yanthis:

We represent Capital One Financial Corporation, a successor in interest to North Fork Bancorporation, Inc., in the above-referenced matter. This is to advise the court of my correct contact information as follows:  1345 Avenue of the Americas, 7th Floor, New York, New York 10105, telephone # (212) 548-2167; facsimile # (212) 715-6275 and my email address is pagoldstein@mcguirewoods.com.

Respectfully submitted,

Philip A. Goldstein

PAG/ec
Enclosures

cc:   Richard B. Wolf, Esq.

5159225_1.DOC