USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

# RICHARD B. WOLF
ATTORNEY AT LAW
510 Haight Avenue, Suite 202
Poughkeepsie, New York 12603
(845) 454-1200



Honorable George A. Yanthis
United States Magistrate Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

March 6, 2008

Re:  Burgos v. North Fork Bancorporation, Inc. and
     Capital One Financial Corporation
     No. 07-Civ-10517 (KMK) (GAY)

Dear Judge Yanthis:                                     *Letter*

As discussed in our telephone conference on March 5, 2008, the following was agreed:

(1) Initial Discovery Requests are due by March 31, 2008 (March 30 is a Sunday)

(2) Telephone conference with Judge Yanthis on June 17, 2008 to be initiated by Plaintiff.

Respectfully,

RICHARD B. WOLF
RW 4666

cc:  Michael J. DiMattia, Esq.,