# MEMO ENDORSED

## RICHARD B. WOLF
ATTORNEY AT LAW
510 Haight Avenue, Suite 202
Poughkeepsie, New York 12603
(845) 454-1200

Honorable George A. Yanthis
United States Magistrate Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

June 18, 2008

Re:   Burgos v. North Fork Bancorporation, Inc. et al.
      No. 07-Civ-10517 (KMK) (GAY)

Dear Judge Yanthis:

In accordance with our telephone conference on June 17, 2008, the completion date for depositions has been reset to September 30, 2008. The next telephone conference with Your Honor is October 30, 2008 at 9 a.m.

Respectfully,

RICHARD B. WOLF
Attorney for Plaintiff

cc:   Philip A. Goldstein, Esq.

SO ORDERED: _____ 6/20/08
Hon. George A. Yanthis
United States Magistrate Judge.